IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                        2:17-cr-130
                            Judge Marbley

Jose Dorando-Macias

ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 24) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the Superseding Information, and he is hereby adjudged guilty on this count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: September 11, 2017      s\Algenon L. Marbley
                                      Algenon L. Marbley
                                      United States District Judge